UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MDS REALTY III, LLC,

    Plaintiff,

vs.

Case No. 07-CV-12167
HON. GEORGE CARAM STEEH

UNIVERSAL MALL PROPERTIES, LLC,

    Defendant.

_____/

ORDER DISMISSING MAY 24, 2007 SHOW CAUSE ORDER (#2)

On May 24, 2007, plaintiff was ordered to show cause by June 15, 2007 why this case should not be dismissed for lack of federal diversity jurisdiction in the absence of: (1) allegations sufficient to ascertain plaintiff's state of incorporation and, thus, establish complete diversity, 28 U.S.C. § 1332(a)(1), (c)(1); JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002); and (2) allegations of an amount in controversy exceeding the $75,000.00 jurisdictional amount. Klepper v. First American Bank, 916 F.2d 337, 340 (6th Cir. 1990); 28 U.S.C. § 1332(a). Plaintiff filed a timely response and a Amended Complaint on June 1, 2007 alleging that plaintiff is a Delaware corporation with its principal place of business in Chicago, Illinois, and that defendant is a Michigan limited liability company with its principal place of business in Macomb County, Michigan. Plaintiff also clarifies in its Amended Complaint that the amount in controversy exceeds $625,000.00. Plaintiff has shown cause why this matter should not be dismissed. Accordingly,

The court's May 24, 2007 order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: June 6, 2007

s/George Caram Steeh<br>
GEORGE CARAM STEEH<br>
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 6, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk